223

(No. 5892—)

CHARLES McCORKLE, JR., Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S REVENUE STUDY COMMITTEE, Respondent.

*Opinion filed May 11, 1971.*

CHARLES McCORKLE, Jr., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5893—)

MYERS BROTHERS, INC., Claimant, *vs.* STATE OF ILLINOIS, STATE FAIR AGENCY, Respondent.

*Opinion filed May 11, 1971.*

MYERS BROTHERS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.